IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>HERBERT COLEMAN,<br><br>　　　　　　　Defendant. | 8:24CR5<br><br>ORDER |

　　　　This matter is before the court on the motion of Assistant Federal Public Defender Yvonne D. Sosa and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Herbert Coleman. (Filing No. 25). Yvonne D. Sosa represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Yvonne D. Sosa's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 25) is granted.

　　　　Denise E. Frost, 9900 Nicholas Street, Suite 225, Omaha, NE 68114, (402) 346-8856, is appointed to represent Herbert Coleman for the balance of these proceedings pursuant to the Criminal Justice Act. Yvonne D. Sosa shall forthwith provide Denise E. Frost with the discovery materials provided the defendant by the government and such other materials obtained by Yvonne D. Sosa which are material to Herbert Coleman's defense.

　　　　The clerk shall provide a copy of this order to Denise E. Frost and the defendant.

　　　　**IT IS SO ORDERED.**

　　　　Dated this 13th day of February, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge