IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:24CR5 |
| vs. | |
| HERBERT COLEMAN, | ORDER |
| Defendant. | |

This matter is before the court on the defendant, Herbert Colman's Unopposed Motion to Continue Trial [37]. The parties need additional time to resolve this matter short of trial. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [37] is granted, as follows:

1. The jury trial, now set for January 7, 2025, is continued to **March 18, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 18, 2025** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

Dated this 20th day of December, 2024.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge