IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:24CR5 |
| | ) | |
| vs. | ) | |
| | ) | |
| **HERBERT COLEMAN,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [45]. Status conference held on March 6, 2025. Kimberly C. Bunjer represented the government and Denise E. Frost represented the defendant. For the reasons set forth in the motion and on the record, the court finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [45] is granted, as follows:

1. The jury trial, now set for March 18, 2025, is continued to **May 20, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 20, 2025** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. The court noted this as the fifth request for trial continuance. **No further continuances will be granted unless at the convenience of the court.**

**DATED:** March 6, 2025

BY THE COURT:

s/ Ryan C. Carson
**United States Magistrate Judge**